| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2827489** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**5518 Oak Place**<br>**Bethesda, MD 20817**<br>Number, Street, City, State & ZIP Code<br><br>**Montgomery**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| District | **District of Columbia** | When | **12/03/24** | Case number | **24-390** |
| District | | When | | Case number | |

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**  Case number (*if known*) _____
　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
Name

Case number (*if known*)

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2025**
MM / DD / YYYY

**X** **/s/ William B. Reynolds**
Signature of authorized representative of debtor

**William B. Reynolds**
Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Robert M. Stahl**
Signature of attorney for debtor

Date **August 20, 2025**
MM / DD / YYYY

**Robert M. Stahl**
Printed name

**Law Offices of Robert M. Stahl**
Firm name

**1142 York Road**
**Lutherville, MD 21093**
Number, Street, City, State & ZIP Code

Contact phone **410-825-4800**   Email address **StahlLaw@comcast.net**

**11537 MD**
Bar number and State

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMT Capital Group, Inc. 492 Cedar Lane, Suite 535 Teaneck, NJ 07666 | | Loan | Contingent Unliquidated Disputed | | | $100,000.00 |
| Brian Bartlett 5803 57th Avenue, NE Seattle, WA 98105 | | Loan | | | | $28,000.00 |
| Bryan Cross 526 Brixton Trail Webster, NY 14580 | | Lawsuit | | | | $167,311.81 |
| Danielle Silk 788 Locust Circle Arnold, MD 21012 | | Loan | | | | $28,750.00 |
| Dave Hopkins 752 Providence Road Malvern, PA 19355 | | Investment Loan | | | | $58,000.00 |
| Jeremy Edge 910 Bayberry Drive Arnold, MD 21012 | | Investment Loan | | | | $28,750.00 |
| Kevin Reid 1560 Sawgrass Corporate Parkway 4th Floor Fort Lauderdale, FL 33323 | | Loan | | | | $60,000.00 |
| Koons Ford 1051 E Broad Street Falls Church, VA 22044 | | | | $25,000.00 | $0.00 | $25,000.00 |

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Parkview Advance, LLC**<br>**600 Summer Street, Suite 204**<br>**Stamford, CT 06901** | | | | $373,705.87 | $0.00 | $373,705.87 |
| **Pawan Singh/Deep Mile**<br>**3100 Clarendon Blvd #200**<br>**Arlington, VA 22201** | | **Lawsuit** | | | | $170,000.00 |
| **Prince Funding Group, LLC/Mike Antebi**<br>**485 Kings Highway**<br>**Brooklyn, NY 11223** | | **Loan** | | | | $100,000.00 |
| **Rios Partners**<br>**3100 Clarendon Blvd #200**<br>**Arlington, VA 22201** | | **Subcontract Work** | | | | $159,052.49 |
| **Rios Partners**<br>**3100 Clarendon Blvd #200**<br>**Arlington, VA 22201** | | **Cash Infusion** | | | | $260,000.00 |
| **Stenson Tamaddon, LLC**<br>**111 W Monroe Street**<br>**17th Floor**<br>**Phoenix, AZ 85003** | | | | $46,569.50 | $0.00 | $46,569.50 |
| **TMD Ventures, LLC**<br>**2728 Kings Highway Suite E16**<br>**Brooklyn, NY 11229** | | | | $519,006.00 | $0.00 | $519,006.00 |
| **Troy Pazcoguin**<br>**1100 Highlands Road**<br>**Franklin, NC 28734** | | **Loan** | | | | $36,000.00 |
| **Vader Mountain Capital**<br>**12496 NW 25th Street**<br>**Miami, FL 33182** | | **Loan** | **Contingent Unliquidated Disputed** | | | $18,480.00 |
| **Warrior Solutions**<br>**5505 Seminary Road**<br>**Falls Church, VA 22041** | | **Subcontract** | | | | $48,967.08 |
| **Williams Reynold**<br>**5518 Oak Place**<br>**Bethesda, MD 20817** | | **Loan** | | | | $100,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zircon-2000M Street Trustee, LLC BROOK-FZ2000 P O Box 22974 New York, NY 10087-2974** | | **Unpaid Rent** | | | | $23,996.03 |

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101


ALEXANDRA RODRIGUEZ
332 BIM BAM BLVD
OXFORD, MS 38655


ALISHA AHMAD
1550 HARRY THOMAS WAY NE
WASHINGTON, DC 20002


AT&T BANKRUPTCY CENTER
2270 LAKESIDE BLVD
7TH FLOOR
RICHARDSON, TX 75082


BANK OF AMERICA, NA
C/O CARRINGTON MORTGAGE SERVICES, LLC
1600 SOUTH DOUGLAS ROAD
ANAHEIM, CA 92806


BMT CAPITAL GROUP, INC.
492 CEDAR LANE, SUITE 535
TEANECK, NJ 07666


BRIAN BARTLETT
5803 57TH AVENUE, NE
SEATTLE, WA 98105


BRYAN CROSS
526 BRIXTON TRAIL
WEBSTER, NY 14580


CAP SENTIEL
10504 ASSEMBLY DRIVE
FAIRFAX, VA 22030

CHRISTIAN BRYAN
30 BREWETON DRIVE
ROCHESTER, NY 14624


DANIELLE SILK
788 LOCUST CIRCLE
ARNOLD, MD 21012


DAVE HOPKINS
752 PROVIDENCE ROAD
MALVERN, PA 19355


EMAAN AQUEEL
8546 BARROW FURNANCE LANE
LORTON, VA 22079


FATIMA SUITAN
6425 CEDAR FURNACE CIRCLE
GLEN BURNIE, MD 21061


HANNAH & INSOO JAMES LEE
C/O SHULMAN & ROGERS
12505 PARK POTOMAC AVENUE
6TH FLOOR
POTOMAC, MD 20854


HANNAH & INSOO JAMES LEE
104 SCALE
IRVINE, CA 92618


HUGH CHAPIN
38 6TH AVENUE
BROOKLYN, NY 11217


INGRID JARAMILLO
5809 COVE LANDING ROAD
BURKE, VA 22015

JEREMY EDGE
910 BAYBERRY DRIVE
ARNOLD, MD 21012


KEVIN REID
1560 SAWGRASS CORPORATE PARKWAY
4TH FLOOR
FORT LAUDERDALE, FL 33323


KOONS FORD
1051 E BROAD STREET
FALLS CHURCH, VA 22044


KRAMON & GRAHAM, PA
750 EAST PRATT STREET
SUITE 1100
BALTIMORE, MD 21202


LANDMARK FUNDING GROUP, LLC
2728 KINGS HIGHWAY SUITE E16
BROOKLYN, NY 11229


LAURA CHONKO
7203 HOPKINS COURT
SPRINGFIELD, VA 22153


MEGHAN MORRIS
19920 DEER ELK CREST
SAN ANTONIO, TX 78258


MICHAEL SPRAGUE
5038 AUGUST STREET
SAN DIEGO, CA 92110


MICHELLE ELIENNE
8172 MYSTIC HARBOR CIRCLE
BOYNTON BEACH, FL 33436

NATALLIE LAVIGNE
23 PRESTWICK LANE
CHURCHVILLE, NY 14428


PARKVIEW ADVANCE, LLC
600 SUMMER STREET, SUITE 204
STAMFORD, CT 06901


PAWAN SINGH/DEEP MILE
3100 CLARENDON BLVD #200
ARLINGTON, VA 22201


PETER S HICKS, ESQUIRE


PRINCE FUNDING GROUP, LLC/MIKE ANTEBI
485 KINGS HIGHWAY
BROOKLYN, NY 11223


RIOS PARTNERS
3100 CLARENDON BLVD #200
ARLINGTON, VA 22201


ROXANE MORID
8800 LOMBARD PLACE
SAN DIEGO, CA 92122


SANTANDER CONSUMER USA
P O BOX 961211
FORT WORTH, TX 76161


SELF STORAGE PLUS
4900 NICHOLSON COURT
KENSINGTON, MD 20895

SHAUN KEVIN DELA CRUZ
8408 BEIDING COURT
BRANDYWINE, MD 20613


SKILLSOFT (US), LLC
300 INNOVATIVE WAY, SUITE 201
NASHUA, NH 03062


STENSON TAMADDON, LLC
111 W MONROE STREET
17TH FLOOR
PHOENIX, AZ 85003


SUPER FAST VETS, LLC
C/O JORDAN RAMIS PC
2 CENTER POINT DRIVE
6TH FLOOR
LAKE OSWEGO, OR 97035


SYED AHMED
11014 CROSS LAUREL DRIVE
GERMANTOWN, MD 20876


TAXING AUTHORITY OF MONTGOMERY COUNTY
DIVISION OF TREASURY
255 ROCKVILLE PIKE, SUITE L-15
ROCKVILLE, MD 20850-4188


TIMOTHY CARIS
3725 COUNTRY LANE
RACINE, WI 53405


TMD VENTURES, LLC
2728 KINGS HIGHWAY
SUITE E16
BROOKLYN, NY 11229

```
TROY PAZCOGUIN
1100 HIGHLANDS ROAD
FRANKLIN, NC 28734



TYRA MARQUEZ
314 GREEN MEADOW COURT
PASADENA, MD 21122



VADER MOUNTAIN CAPITAL
12496 NW 25TH STREET
MIAMI, FL 33182



VERIZON
C/O AMERIA INFOSOURCE
4515 N SANTA E AVENUE
OKLAHOMA CITY, OK 73118



WARRIOR SOLUTIONS
5505 SEMINARY ROAD
FALLS CHURCH, VA 22041



WILFREDO LUCAS
110 OLD OAKS COURT
STAFFORD, VA 22554



WILLIAMS REYNOLD
5518 OAK PLACE
BETHESDA, MD 20817



WSSC WATER CORPORATE SECRETARY
14501 SWEITZER LANE
LAUREL, MD 20707



ZIRCON-2000M STREET TRUSTEE, LLC
BROOK-FZ2000 P O BOX 22974
NEW YORK, NY 10087-2974
```

# United States Bankruptcy Court
## District of Maryland Baltimore Division

In re **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 20, 2025**
Date

**/s/ Robert M. Stahl**
**Robert M. Stahl**
Signature of Attorney or Litigant
Counsel for **Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC**
**Law Offices of Robert M. Stahl**
**1142 York Road**
**Lutherville, MD 21093**
**410-825-4800 Fax:410-825-4880**
**StahlLaw@comcast.net**